## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | | |
|---|---|---|
| SHAY SANTANA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION FILE NO. |
| | ) | 3:16-CV-00066-TCB |
| EXETER FINANCE CORP., | ) | |
| | ) | |
| DEFENDANT. | ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**COME NOW** plaintiff Shay Santana and defendant Exeter Finance Corp., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed, without prejudice, with the parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 19th day of July, 2016.

| | |
|---|---|
| *s/ Paul J. Sieg* | *s/ Alan D. Leeth* |
| Matthew T. Berry | Alan D. Leeth |
| Georgia Bar No. 055663 | Georgia Bar No. 472031 |
| matt@mattberry.com | aleeth@burr.com |
| Paul J. Sieg | Louis G. Fiorilla |
| Georgia Bar No.: 334182 | Georgia Bar No. 910188 |
| psieg@mattberry.com | lfiorilla@burr.com |
| Berry & Associates | BURR & FORMAN, LLP |
| 2751 Buford Highway, Suite 600 | 171 Seventeenth Street, NW, Suite 1100 |
| Atlanta, GA 30324 | Atlanta, Georgia 30363 |
| Telephone: (404) 235-3334 | Telephone: (404) 815-3000 |
| *Counsel for Plaintiff* | Facsimile: (404) 817-3244 |
| | *Counsel for Defendant* |

## CERTIFICATION OF COUNSEL

I hereby certify that the foregoing **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** has been prepared with Times New Roman, 14-point font, one of the font and point selections approved by the Court in LR 5.1.

*s/ Alan D. Leeth*
Alan D. Leeth
Georgia Bar No. 472031
aleeth@burr.com

BURR & FORMAN LLP
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

27785072 v1

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2016, I presented the foregoing **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** to the Clerk of Court for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Matthew T. Berry
Paul J. Sieg
Berry & Associates
2751 Buford Highway, Suite 600
Atlanta, GA  30324

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

NONE

*s/ Alan D. Leeth*
Alan D. Leeth
Georgia Bar No. 472031
aleeth@burr.com

BURR & FORMAN LLP
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

27785072 v1